Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
Harry D. Hochman (CA Bar No. 132515)
hhochman@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Civic Real Estate Holdings III, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>CSPRF 2, LLC,<br><br>            Debtor. | Case No. 8:25-bk-12181-SC<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING**<br><br>Date:    TBD<br>Time    TBD<br>Judge:   Hon. Scott C. Clarkson<br>Address: 411 West Fourth Street<br>             Santa Ana, CA  92701 |

4912-5781-0268.1 07997.00002

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

Creditor Civic Real Estate Holdings III, LLC ("Civic") hereby submits this *Application for Order Shortening Time for Hearing* (the "Application") on the *Motion of Civic Real Estate Holdings III, LLC for Relief From the Automatic Stay and for Sanctions for Bad Faith Filing* (the "Motion").

By the Motion, Civic seeks relief from stay and sanctions on account of the bad faith filing of this petition in Delaware by CSPRF II, LLC (the "Debtor"). The Debtor filed the instant case the day after this Court dismissed the involuntary case against Chantilly Road, LLC ("Chantilly"), which dismissal would have allowed Civic to foreclose at long last on its senior lien against Chantilly's property located at 1116 Chantilly Road, Los Angeles, California (the "Property"). As this Court is aware, the Debtor's manager, David Blatt, also manages Chantilly. To obtain a stay of that day's scheduled foreclosure sale, Mr. Blatt chose to have the Debtor file, rather than Chantilly, for one reason only: the Debtor is a Delaware LLC and could file in Delaware, whereas Chantilly is a California LLC whose filing would end up in this Court, which has twice dismissed cases concerning the Property and has expressed concern over serial filings. Mr. Blatt chose to have the Debtor file even though the Debtor (a) did not own the Property (though it wrongly claimed this to be a single asset real estate case) and (b) has no creditors (though it wrongly claimed that it owes Civic $17.8 million), and so had nothing to reorganize and no ability to use the Property to do so.

On Civic's emergency motion to dismiss the case or transfer venue, the Delaware bankruptcy court (the Hon. Craig Goldblatt) agreed to hear the matter on an emergency basis and transferred venue to this Court. But while the parties were waiting for the case to be transferred, and Civic was stayed from foreclosing, the Debtor went ahead on July 29, 2025 and foreclosed on the Property itself! As the parties are now configured, the Debtor *does* in fact own the Property, and this case has become purely a two-party dispute between it and Civic. Accordingly, Civic requests immediate relief from the automatic stay in order to complete its foreclosure, which relief

4912-5781-0268.1 07997.00002                                    2

1 is fully warranted for "cause" under 11 U.S.C. § 362(d), inasmuch as this is now a two-party

2 dispute and on account of the bad faith abuse of the bankruptcy process by the Debtor's manager.

3 Civic does not request that the Court dismiss this case, but to maintain jurisdiction in order to

4 consider sanctions and to prevent further machinations by Mr. Blatt.

5     By this Application to Shorten Time, Civic seeks to have the hearing on the Motion on

6 Friday, August 15, 2025, or on August 18 or 19, 2025. While Civic strongly believes immediate

7 relief is warranted on account of the patent bad faith nature of the filing and the long delay these

8 repeated bankruptcy filings have imposed on Civic, its lead counsel, Richard M. Pachulski, is not

9 available until that time to argue the matter in person. He is available to appear by ZOOM on

10 earlier dates were the Court to be amenable to that format for this matter.

11     In accordance with Local Rule 9075-1(b), this Application to Shorten Time, filed with a

12 copy of the Motion and supporting Declarations, will be served contemporaneously, via facsimile,

13 email, or overnight/Express Mail delivery, on: (1) the Office of the United States Trustee,

14 (2) counsel to the Debtor, and (3) all parties that have filed with the Court a request for notice of

15 all matters in accordance with Bankruptcy Rule 2002(i). As soon as the Court notifies counsel

16 that the Application to Shorten Time has been granted, Civic will give notice thereof, via

17 facsimile, email, or overnight/Express Mail delivery, to the foregoing parties.

18     WHEREFORE, Civic requests that the Court enter an order shortening time for hearing on

19 the Motion. A Proposed Order is lodged herewith.

20 Dated: August 8, 2025               PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Richard M. Pachulski*
      Richard M. Pachulski
      Harry D. Hochman
      Attorneys for Civic Real Estate Holdings III, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4912-5781-0268.1 07997.00002               3

# DECLARATION OF HARRY D. HOCHMAN

I, HARRY D. HOCHMAN, declare as follows:

1. I am senior counsel to Pachulski Stang Ziehl & Jones LLP, counsel to Civic Real Estate Holdings III, LLC ("Civic") in this matter. I am an attorney duly admitted to practice before this Court, and am one of the attorneys primarily responsible for this matter. If called upon to do so, I could and would testify competently to the matters stated herein.

2. I make this declaration in support of the *Application for Order Shortening Time for Hearing on Motion of Civic Real Estate Holdings III, LLC for Relief From the Automatic Stay and for Sanctions for Bad Faith Filing* (the "Application" and the "Motion").

3. The Motion, filed herewith, seeks relief from the automatic stay and sanctions from CSPRF 2, LLC (the "Debtor"), on account of the bad faith filing of this case. This Court has now twice dismissed bankruptcy cases involving the same real property that is the subject of this filing (the "Property"). The day after the last dismissal, this case was filed by the Debtor, the second position lien creditor, which is managed by the same person, David Blatt, who manages the Chantilly Road, LLC, the entity that owned the Property. Given that the Debtor did not own the Property or have any debts to report other than a $13,000 bill of legal fees, the only explanation for the filing was that the Debtor is a Delaware LLC that could forum-shop away from this Court, whereas Chantilly Road LLC, as a California LLC, could not.

4. Civic moved on an emergency basis to dismiss or change venue, and Judge Goldblatt ordered that venue be transferred to this Court, by order entered July 25, 2025. While that process was underway, the Debtor foreclosed on the Property, even as Civic was stayed from doing so. Civic submits that good cause exists to grant relief from stay on account of the bad faith filing and because this is now a two party dispute between the Debtor and Civic.

5. Civic's lead counsel is Richard M. Pachulski. Mr. Pachulski reports that he is unavailable to attend a hearing on this matter in person until Friday, August 15, 2025, or the following Monday or Tuesday, August 18-19, 2025, but that he is available to appear by ZOOM at

4912-5781-0268.1 07997.00002                                  4

1 an earlier date.

2     I declare under penalty of perjury under the laws of the United States that the foregoing is
3 true and correct. Executed this 8th day of August, 2025 at Los Angeles, California.

                                  */s/ Harry D. Hochman*
                                  Harry D. Hochman

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4912-5781-0268.1 07997.00002     5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kristin T Mihelic    *kristin.t.mihelic@usdoj.gov*
- United States Trustee (SA)    *ustpregion16.sa.ecf@usdoj.gov*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 8, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Honorable Scott Clarkson, U.S. Bankruptcy Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

**Via Overnight Fedex**
Attorney for Debtor
Charles J Brown
Gellert Seitz Busenkell & Brown, LLC
1 Commerce Center
1201 N Orange St Suite 300
Wilmington, DE 19801

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2025 | MYRA KULICK | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4917-9118-3963.1 07997.00002

**EMAIL SERVICE LIST**

**Devan De los Reyes:**  ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com, alinares@ecf.courtdrive.com

**D Edward Hays:**  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com

**Gabriel P Herrera:**  gherrera@kmtg.com, bxiong@kmtg.com

**Harris M Madnick:**  hmmadnick@kramarmadnick.com

**Richard Morin:**  legal@rickmorin.net

**Laila Rais:**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
4917-9118-3963.1 07997.00002

**F 9013-3.1.PROOF.SERVICE**