Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
Harry D. Hochman (CA Bar No. 132515)
hhochman@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Civic Real Estate Holdings III, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CSPRF 2, LLC,<br><br>    Debtor. | Case No. 8:25-bk-12181-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING**<br><br>Date:    August 13, 2025<br>Time:    1:30 pm<br>Judge:   Hon. Scott C. Clarkson<br>Address: 411 West Fourth Street<br>         Santa Ana, CA  92701 |

**PLEASE TAKE NOTICE** as set forth in the attached *Order Granting Application and Setting Hearing on Shortened Notice*, a hearing will take place on August 13, 2024, at 1:30 p.m. (the "Hearing"), before the Honorable Scott Clarkson, United States Bankruptcy Judge, in Courtroom 5C, 411 West Fourth Street, Santa Ana, California and via ZoomGov, to consider the *Motion Of Civic Real Estate Holdings III, LLC For Relief From The Automatic Stay And For Sanctions For Bad Faith Filing* (the "Motion").

4924-9936-3165.1 07997.00002

1       **PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion will be heard at
2 the hearing.

4 Dated: August 11, 2025                PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Richard M. Pachulski*
      Richard M. Pachulski
      Harry D. Hochman
      Attorneys for Civic Real Estate Holdings III, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski 62337<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA  90067<br>Tel:  (310) 277-6910<br>Fax:  (310) 201-0760<br>Email:  rpachulski@pszjlaw.com | **FILED & ENTERED**<br><br>AUG 11 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Civic Real Estate Holdings III, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>CSPRF 2, LLC, | CASE NO.: 8:25-bk-12181-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

**Movant** (*name*):
Civic Real Estate Holdings III, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: ***MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING***

   b. *Date of filing of motion:* August 8, 2025

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: August 8, 2025

3. Based upon the court's review of the Application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                    **F 9075-1.1.ORDER.SHORT.NOTICE**
4914-8967-9452.1 07997.00002

(1) ☒ A hearing on the motion will take place as follows:

| | | | |
|---|---|---|---|
| **Hearing date:** | 8/13/2025 | **Place:** | |
| **Time:** | 1:30 p.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 | |
| **Courtroom:** | 5C | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 | |
| | | ☐ 3420 Twelfth Street, Riverside, CA 92501 | |
| | | ☒ 411 West Fourth Street, Santa Ana, CA 92701 | |
| | | ☐ 1415 State Street, Santa Barbara, CA 93101 | |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*
Date: 8/11/2025
Time: 5:00 p.m.

(B) *Persons/entities to be provided with telephonic notice:* All interested parties.

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: 8/11/2025
Time: 5:00 p.m.

(C) *Persons/entities to be served with written notice and a copy of this order:* All interested parties.

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers (*see Court Manual for address*)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**
4914-8967-9452.1 07997.00002

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with motion, declarations, supporting documents:_ All interested parties. |
|---|---|
| Date:  8/11/2025 | |
| Time:  5:00 p.m. | |
| | ☐ See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written opposition to the motion:_ |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 3  **F 9075-1.1.ORDER.SHORT.NOTICE**
4914-8967-9452.1 07997.00002

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:     Date: 8/12/2025     Time: 12:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: August 11, 2025

*signature*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 4                                        **F 9075-1.1.ORDER.SHORT.NOTICE**
4914-8967-9452.1 07997.00002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 11, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Honorable Scott Clarkson, U.S. Bankruptcy Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2025 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002

**SERVICE LIST**

- *Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com*
- *Harris M Madnick    hmmadnick@kramarmadnick.com*
- *Kristin T Mihelic    kristin.t.mihelic@usdoj.gov*
- *Richard M Pachulski    rpachulski@pszjlaw.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002