| | |
|---|---|
| 1 | Richard M. Pachulski (CA Bar No. 90073) |
| | rpachulski@pszjlaw.com |
| 2 | Harry D. Hochman (CA Bar No. 132515) |
| | hhochman@pszjlaw.com |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP |
| | 10100 Santa Monica Blvd., 13th Floor |
| 4 | Los Angeles, California 90067-4003 |
| | Telephone: 310-277-6910 |
| 5 | Facsimile:  310-201-0760 |
| 6 | Attorneys for Civic Real Estate Holdings III, LLC |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:25-bk-12181-SC |
| CSPRF 2, LLC, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE OF:** |
| | **1.    MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;** |
| | **2.    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;** |
| | **3.    APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;** |
| | **4.    ORDER: GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE;** |
| | **5.    NOTICE OF HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING; and** |

4914-7025-5197.1 07997.00002

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |

**6.  [PROPOSED] ORDER GRANTING MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING**

Date:    August 13, 2025
Time     1:30 pm
Judge:   Hon. Scott C. Clarkson
Address: 411 West Fourth Street
         Santa Ana, CA  92701

4914-7025-5197.1 07997.00002                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the following documents entitled (*specify*):

**1.** *MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;*

**2.** *REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;*

**3.** *APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING;*

**4.** *ORDER: GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE;*

**5.** *NOTICE OF HEARING ON MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING; and*

**6.** *[PROPOSED] ORDER GRANTING MOTION OF CIVIC REAL ESTATE HOLDINGS III, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND FOR SANCTIONS FOR BAD FAITH FILING*

have been served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 11, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**
4917-9118-3963.1 07997.00002

such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Personal Delivery**
Honorable Scott Clarkson, U.S. Bankruptcy Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2025 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**
4917-9118-3963.1 07997.00002

**EMAIL SERVICE LIST**

**Devan De los Reyes:**  ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com, alinares@ecf.courtdrive.com

**D Edward Hays:**  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com

**Gabriel P Herrera:**  gherrera@kmtg.com, bxiong@kmtg.com

**Harris M Madnick:**  hmmadnick@kramarmadnick.com

**Richard Morin:**  legal@rickmorin.net

**Laila Rais:**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com

**Kristin T Mihelic**  kristin.t.mihelic@usdoj.gov

**United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**Thomas B. Ure:**  tom@urelawfirm.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
4917-9118-3963.1 07997.00002