Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
Harry D. Hochman (CA Bar No. 132515)
hhochman@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Civic Real Estate Holdings III, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CSPRF 2, LLC,<br><br>    Debtor.<br><br>_____<br><br>CSPRF 2, LLC<br><br>    Appellant,<br><br>    v.<br><br>CIVIC REAL ESTATE HOLDINGS III, LLC,<br><br>    Appellee. | Bankruptcy Court<br>Case No. 8:25-bk-12181-SC<br><br>Bankruptcy Appellate Panel<br>Case No. 25-1149<br><br>**WRITTEN STATEMENT OF ELECTION TO HAVE BANKRUPTCY APPEAL TRANSFERRED TO DISTRICT COURT** |

4913-5159-3068.2 07997.00002

1   Pursuant to 28 U.S.C. § 158(c)(1)(B), Appellee Civic Real Estate Holdings III, LLC,
2   hereby elects to have this appeal transferred from the bankruptcy appellate panel to the district
3   court.

5   Dated: September 25, 2025            PACHULSKI STANG ZIEHL & JONES LLP

                                         By   */s/ Richard M. Pachulski*
                                              Richard M. Pachulski
                                              Harry D. Hochman
                                              Attorneys for Civic Real Estate Holdings III, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **WRITTEN STATEMENT OF ELECTION TO HAVE BANKRUPTCY APPEAL TRANSFERRED TO DISTRICT COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 25, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
Honorable Scott Clarkson, U.S. Bankruptcy Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2025 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                  **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002

**SERVICE LIST**

- *Arturo Cisneros*    arturo@mclaw.org, CACD_ECF@mclaw.org
- *Arturo Cisneros (TR)*    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- *Harry D. Hochman*    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- *Harris M Madnick*    hmmadnick@kramarmadnick.com
- *Kristin T Mihelic*    kristin.t.mihelic@usdoj.gov
- *Richard M Pachulski*    rpachulski@pszjlaw.com
- *United States Trustee (SA)*    ustpregion16.sa.ecf@usdoj.gov
- *Thomas B Ure*    tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002