Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
Harry D. Hochman (CA Bar No. 132515)
hhochman@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Civic Real Estate Holdings III, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-12181-SC |
| CSPRF 2, LLC, | Chapter 11 |
| Debtor. | **LIMITED OBJECTION OF CIVIC REAL ESTATE HOLDINGS III, LLC TO MOTION TO APPROVE STIPULATION BETWEEN DEBTOR AND CHAPTER 11 TRUSTEE FOR DISMISSAL OF BANKRUPTCY CASE** |
| | Date:    December 4, 2025<br>Time:    10:00 a.m.<br>Place:   Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701<br>Judge:   Hon. Scott C. Clarkson |

4912-4124-8635.2 07997.00002

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

Creditor Civic Real Estate Holdings III, LLC ("Civic") hereby submits this limited objection to the *Motion to Approve Stipulation Between Debtor and Chapter 11 Trustee for Dismissal of Bankruptcy Case* [D.I. 69], and respectfully represents as follows:

1. On or about August 8, 2025, Civic filed its *Motion of Civic Real Estate Holdings III, LLC for Relief From the Automatic Stay and for Sanctions for Bad Faith Filing* (the "Motion") [D.I.. 20], moving for relief from the automatic stay and an award of sanctions on account of the bad faith filing of this petition in Delaware by CSPRF II, LLC (the "Debtor"). As set forth therein, the Delaware filing was made on the eve of Civic's foreclosure, after two bankruptcy cases involving the same parties and property had already taken place in this Court. The latter case had been dismissed only a day earlier, the Court finding in its *Order Sua Sponte Abstaining and Dismissing Involuntary Petition* on July 17, 2025 that: "[t]he pleadings in this case, as well as in the Chapter 11 case, are rife with allegations of self-dealing, improper conduct, and corporate ownership disputes." The new case was filed by a manager (David Blatt) who was wearing two hats as the manager of both the then-owner of the property, Chantilly Road, LLC (the previous debtor), and as manager of a secured creditor, the Debtor herein. Wearing the latter hat, Mr. Blatt sought a better outcome in a distant venue based on the Debtor's place of organization, even though the Debtor did not even own the property.

2. Civic moved in the Delaware bankruptcy court to dismiss the case or transfer venue. Judge Goldblatt agreed to hear the matter on an emergency basis and transferred venue to this Court. Meanwhile, while that transfer was pending administratively, and Civic was still stayed from foreclosing, the Debtor went ahead and foreclosed on the property.

3. In the Motion, Civic requested that the Court not dismiss the case, but maintain jurisdiction in order to consider sanctions.

4. In its *Amended Order Granting Motion of Civic Real Estate Holdings III, LLC for Relief From the Automatic Stay and for Sanctions for Bad Faith Filing*, issued August 14, 2025 [D.I. 37], the Court granted relief from stay, ordered the appointment of a chapter 11 trustee *sua*

1  *sponte*, and directed that "[t]he request for sanctions must be advanced by regular motion in

2  regular order."

3      5.    Civic subsequently foreclosed on the property (a residence located at 1116

4  Chantilly Road, Los Angeles, California).  Civic has not yet determined whether it has been made

5  whole and so has not yet moved for sanctions.

6      6.    While Civic does not otherwise object to the stipulation for dismissal between the

7  Trustee and the Debtor, it respectfully submits that dismissal of the case should await a

8  determination on sanctions, as contemplated in the Motion.

10  Dated:  November 21, 2025    PACHULSKI STANG ZIEHL & JONES LLP

12      By  */s/ Harry D. Hochman*
13          Richard M. Pachulski
        Harry D. Hochman
14          Attorneys for Civic Real Estate Holdings III, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **LIMITED OBJECTION OF CIVIC REAL ESTATE HOLDINGS III, LLC TO MOTION TO APPROVE STIPULATION BETWEEN DEBTOR AND CHAPTER 11 TRUSTEE FOR DISMISSAL OF BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Creditor:**
Kronick Moskovitz
Tiedemann & Girard
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833

**Creditor:**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 21, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
Honorable Scott Clarkson, U.S. Bankruptcy Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

**Via Email**:
Charles Brown cbrown@gsbblaw.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2025 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002

**SERVICE LIST**

- *Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org*
- *Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com*
- *Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com*
- *Harris M Madnick    hmmadnick@kramarmadnick.com*
- *Kristin T Mihelic    kristin.t.mihelic@usdoj.gov*
- *Richard M Pachulski    rpachulski@pszjlaw.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4909-0055-1773.1 07997.00002